MAURICE G. LYNN and Another, Appellants, v. H. ALDEN NICHOLS, as Board of Elections of Monroe County, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur; Hubbs, P. J., not sitting.

In the Matter of the Application of EDITH E. ARMITAGE, Appellant, for an Order of Mandamus against THE BOARD OF EDUCATION FOR THE CITY OF AUBURN, Respondent.— Order affirmed, without costs of this appeal to either party. All concur; Hubbs, P. J., not sitting.

THE DUFFY SILK COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur; Hubbs, P. J., not sitting.

ROSE DERBY, as Administratrix, etc., of SAMUEL DERBY, Deceased, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant, Impleaded with TONAWANDA POWER COMPANY, Defendant.— Judgment and order affirmed, with costs. All concur; Hubbs, P. J., not sitting.

In the Matter of the Application of JAMES ALBEE and Others to Construct a Ditch, etc., in the Town of Granby, County of Oswego, New York. G. FRANK HALLOCK and Others, Appellants; CHARLES MANGEOT, Respondent.— Order affirmed, with costs in favor of the commissioners and against the appellants Baker, Rude and Hallock, and with a separate bill of costs in favor of Charles Mangeot against the commissioners. All concur; Hubbs, P. J., not sitting.

HOWARD D. BAILEY and Others, Respondents, v. DAVID F. BUTCHER and Others, Appellants.— Judgment affirmed, with costs. All concur; Hubbs, P. J., not sitting.

BANNER MILLING COMPANY, Appellant, Respondent, v. THE STATE OF NEW YORK, Respondent, Appellant.*— Judgment amended by striking therefrom the 7th paragraph as not a proper part of the judgment and as so amended the judgment is affirmed, with costs against the claimant. The appeal of the State of New York is dismissed, without costs, on the ground that no appeal lies from a decision (*Gilmore* v. *Ham*, 61 Hun, 1; affd., 133 N. Y. 664; *Spies* v. *Munroe*, 35 App. Div. 527; *Gabay* v. *Doane*, 66 id. 507; Court of Claims Act, § 29), nor from a finding of fact (*Reich* v. *Cochran*, 196 App. Div. 248, 254). All concur; Hubbs, P. J., not sitting.

INTERNATIONAL RAILWAY COMPANY, Respondent, v. VAN DYKE TRANSFER COMPANY, INC., Appellant.— Judgment affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal; Hubbs, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN C. DALEY, Relator, v. MICHAEL M. O'MARA and Others, Composing the Board of Police of the City of Lackawanna, New York, Respondents.— Determination of board of police confirmed and writ of certiorari dismissed, with fifty dollars costs and disbursements. All concur; Hubbs, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY SRANKO, Appellant.—Judgment of conviction and order reversed on the facts and new trial granted on the ground that the verdict is against the evidence. Hubbs, P. J., Sears and Crouch, JJ., concur; Clark and Davis, JJ., dissent and vote for affirmance.

In the Matter of the Probate of the Last Will and Testament of JOHN S. SULLIVAN, Deceased.— Decree and order affirmed, with costs. All concur; Hubbs, P. J., not sitting.

* See 117 Misc. Rep. 33,— [REP.